IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA HEATH BURROW                                                                          PLAINTIFF

V.                                          CIVIL NO. 6:19-cv-06033

CORRECT CARE SOLUTION,
KELLY AUNSPAUGH, OMEGA PROGRAM,
PHILLIP GLOVER, SGT. GROOMS,
SGT. STROTTER                                                                                DEFENDANTS

# ORDER

The Court has received a Report and Recommendation (ECF No. 14) from United States Magistrate Judge Barry A. Bryant. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Upon review, the Magistrate recommended that Plaintiff's official capacity claims, as well as his personal capacity claims against all Defendants except Defendant Aunspaugh, be dismissed without prejudice. The Magistrate further recommends that Plaintiff's personal capacity claim against Defendant Aunspaugh for denial and delay of medical care regarding his swollen legs and his fall in the cell remain for further consideration. Plaintiff's written Objections (ECF No. 16) to the Report and Recommendation were due August 2, 2019. Plaintiff mailed the Objections August 2, 2019 and they were received and file-stamped by the Clerk on August 5, 2019, and the Court will accept them as timely filed. The matter is now ripe for consideration.

The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1). Plaintiff's Objections are based on factual allegations of denial of medical care that are not included or mentioned in the Amended Complaint, and the Objections offer neither law nor fact requiring departure from

the Magistrate's findings. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's official capacity claims, as well as his personal capacity claims against all Defendants except Defendant Aunspaugh, should be and hereby are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's personal capacity claim against Defendant Aunspaugh for denial and delay of medical care regarding his swollen legs and his fall in the cell remain for further consideration.

SO ORDERED this 6th day of August 2019.

*/s/Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE