IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA HEATH BURROW                                                              PLAINTIFF

v.                                              Civil No. 6:19-cv-06033

LPN KELLY AUNSPAUGH                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 12, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33.) Judge Bryant notes Plaintiff has failed to keep the Court apprised of his current address as required by Local Rule 5.5(c)(2) and recommends the case be dismissed without prejudice.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Plaintiff's complaint should be and hereby is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 18th day of May 2020.

.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE